UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LATOSHA BARNES,

CASE NO. 4:18-CV-65-MW-CAS

    Plaintiff,

v.

CAL-MAINE FOODS, INC,

    Defendant.
_____/

## **NOTICE OF SETTLEMENT**

NOTICE IS GIVEN that the Plaintiff, LATOSHA BARNES, and the Defendant, CAL-MAINE FOODS, INC., have reached a settlement of all claims.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by e-service only to all counsel of record this 21st day of May, 2018.

        Respectfully submitted,

        /s/ *Tiffany R. Cruz*
        Tiffany R. Cruz
        Florida Bar No.: 090986
        Friedman & Abrahamsen
        403 E. Park Avenue
        Tallahassee, FL   32301
        Telephone:  (850) 681-3540
        Tiffany@fa-lawyers.com

        ATTORNEY FOR PLAINTIFF