UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LATOSHA BARNES,

    VS                                                                                                                     CASE NO.  4:18cv65-MW/CAS

CAL-MAINE FOODS, INC.,

**JUDGMENT**

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

May 22, 2018                                   s/Tiffinie Larkins
DATE                                            Deputy Clerk: Tiffinie Larkins